

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

FEB 08 2008

Feb 8, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Reginald Brewer

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cemak Health Services

Cook County Jail

6th isrict

Rpuckett cRw

Foreiture unit

ATTORNEY Joseph Michael Macellaio
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV846
JUDGE KENNELLY
MAGISTRATE JUDGE COX**

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

___✓___    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

Revised: 7/20/05

Defendant MS. ZaRKOS

Title The Boss of The Clerks

place of Employment 50 west washington
303 Richard J. Daley Center CHi ILL 60602

Defendant ATTORNEY Joseph Michael Macellalo

Title ATTORNEY at Law

place of Employment unknow

A.    Name: _Reginald Brewer_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _200700762617_

D.    Place of present confinement: _Cook County Jail_

E.    Address: _Cook County Jail PO. Box 089002 Chi. Ill 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _CERMAK Health Services_

Title: _DR_

Place of Employment: _Cook County Jail_

B.    Defendant: _Co King_

Title: _Co_

Place of Employment: _Cook County Jail_

C.    Defendant: _R. Puckett C.R.W_

Title: _C.R.W._

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                          Revised: 7/20/05

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.      Is there a grievance procedure available at your institution?

YES ( ✓ )  NO ( )   If there is no grievance procedure, skip to F.

B.      Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ ) NO ( )

C.      If your answer is **YES**:

1.      What steps did you take?

_____

_____

_____

2.      What was the result?

_____

_____

_____

3.      If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.      If your answer is NO, explain why not:

_____

_____

_____

3

E.    Is the grievance procedure now completed?   YES (✓)  NO (  )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?

    2.    What was the result?

II.    If your answer is NO, explain why not:

Revised:  7/20/05

IV.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: _____ N/A _____

B.   Approximate date of filing lawsuit: _____ N/A _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A___

D.   List all defendants: _____ N/A _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

G.   Basic claim made: _____ N/A _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

## V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Cemak Health servies win i came in 8-19-08 on Mep help

1 Thomas S DaRT Sheriff Cook coubry Jail

Salvoor Goden (under Sheriff) Cook coubry Jail

EXECUTive DireeTul cook coubry Jail Name unknow

AND Rew Div 2 super inTndant (cook coubry Juil cook counTy

Jail DireedoR Hopien Tol Namx unknow. These people

Ale direTly And Indecectly Responaidle Tor The ACTuons

OF Their E emploves who Jailed To up Hold Their Job Dis

ciPTions, by choise which has caused Damges TOMe

wich Made me werbser with My Mediaal prodmst By

Not give me My Med OR walk cane OR class file me

Right win i came in 8-19-07 I did not git MED

winlk Dct-19-07 w/came Nov-9-07 Mentcal Health MED

winter The end of Jan I was un DR cabi win im

came in and Tolt Them This too eslk Them 2 call

my DR, as NOV-28-07 got TB wille in cook coubry

Jail Too not happen abbut it This is what i went

with out i want 2 Be paid CCJ fail To pro my

Healtt To empirmen The proces DR who has Noclson.

6

② co King of 2-Dosm1 Sprit in my Faces 9-20-07 And that butzon Tuker And co ms. AlKsander all of Div. 2 is Trying To couvl it up wont come to Bord Hearing! ③ This cop aca Till Fule Re Resp And owe. of Johson 17034 Hit me in my Back And call me a Piese of shit. Habiak 992) Alwiil Hassasing me call my Nawe. And Did not Stof Johson John Beting me up wite the same porple coming, + Harris 14060, she is a quite cop. she wfilk call the Report up she Swich the Re Reps in court A Hattiment Too she Lix un outer To his men Afteed! 

● The night of 8-18-07 the suchgel who came out too the sene And gave promicwon To Look in my Cark they Did not pull me over I was out on Stor 1 76 Rocwos!

4 R. puckett c.R.w of Div 2-2-M i Had put in nine. Rewst slip Tor Him too call Torreiturx unit 700 see what going on with my Duck 2002 Cadillac escalde C 501 u.sc. Alos 1.61 USC He did not DPNuting ow it Thim win the co king sript in my Faces I Told him about it He told me he dont Do grievance. I had a Had Time hawer with Thes people That Stick To secther So Let So How Much He Brg the grivance nuthis get Doweow it unit

VI.  Relief:

I got Move out the Div 2 To Div 5

7

Revised:  7/20/05

⑤ Forcitura unit, MS ZaRKoS is working my case She wont
Sent me my mail here She Sent it To MY MOM House
win my Lawer MaRk has Told her That I am in Jail.
She Steda That She would do her own Look up And git with
Me well She has Not In This cause No 07C000332 50/ USC
∠ 2002 cadillac escalade This is her number 1-312-603-6462
X 6462 Now she wont Answer The call But She Had About
other cause 11047852 The Release of property in the Amount
of $51. if you dont Sent her a nota fezin Letter They will Take
your Thing well I numing Too Just give in Told Them I Have
Awsite ewrite with The devil Arredddas!

⑥ ATToRNeY Joseph Michael Macellavlo
He Did Not Do his Job it was Three witness He could
Have use Also void Tape He did Not I paid Him 2,00
I want my money Back + 3 Times The money I
paid him Just How was He going To win with
No help in No I could git probcushain You dont
pay 2,00 4 That I got a Laver For The State
4 That And To Lose MY Tuck Too I dont Think
So. I want his Job cose He was a erJuge And
Doing poeple This way You Just Dont do This
He wuser came To See me at all He wont Retues
MY call He He Still Have my Tow Repers That in
need Right now He never was going To
Yail a me Look at what he Lib Look
at The Paper ework it Show wow

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

4 what They Have put me throw And
They Tell Me 2 git or you Have a Lawer Done
you 3,1 Million Dollers will Do i will yes)
post a TB The Rest of My Life Also win icame
in 8-19-7 I Tols Them That i was in a car Accident
7-107 i cannot huit And That Chicago poicel has dolt Bet No helpl

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __Feb__ day of __4__ , 20 __6__

_____

_____

__Reginald    Brewer_____
(Signature of plaintiff or plaintiffs)

__Reginald  Brewer_____
(Print name)

__2007006261 4_____
(I.D. Number)

__Reginald  Brewer 2007006261 4_____
__P.O. Box 089002 Chicago IL 60608__

_____
(Address)

8

Revised   7/20/05