**PRISONER CASE**

**FILED**
KC FEB 0 8 2008
Feb 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** REGINALD BREWER | **Defendant(s):** CEMAK HEALTH SERVICES, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** Reginald Brewer #2007-0062617 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **Defendant's Attorney:** 08CV846 JUDGE KENNELLY MAGISTRATE JUDGE COX |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 02/08/2008