MHN

FILED

FEB 20 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C846

Dear

MICHAEL W. DOBBINS I need a Haceas Forma would you sent me one Also 2 Forma 1983 The Law Library in Div 10 Dont have None. I Also would like To opt out on Suebing of The put dorm your law Suite For more money And The strip searching in Cook County Jail How would This Be done who would have To Plead To? I need help with my case I dont know how To do it with write Nuther Page The polices Bet me in my Back I have witness Too OPS has done nothing I fill paper work He Said He was comeing To see me But has not This his name Albert B. Wendt Re C.R. No 1011040 13635 This happen 8-18-07 This Dont Add up its all most a year I fill a paper work on ever one how dont do Thair Job! I coult told him to come see me, He told me Contact his as Soon as possible so He can make arrangements to meets with me He has not did nothing Yet. Then be looking out for The Cops I got The leter 12/3/07 I Fill a Law Suite with yall on this cop For 3.1 Mollow Also 2 other cops all of these work out The 6th District And Thair Boss Johson 17034 E. Habiak 9921 E. Harris 14060. 4-14 Amendment Right Johson 17034 was The one who hit me in my Back The 6TH District dine me medcail help Also Cook county jail. Habiak 9921 He call my name and Hetting me with See anum at Strant by no Ronson And Search & Seizure Harris Done a elgie Search & Seizure And lie on the Stend I Saw Him Dorp it Not Tute She Lie in court case No 07C000332 She Swict poines Reports 07-CR-10819 07-CR 10819 at 400 N Surperer courtroom 110 This was not Right Stand That Lady Fill her Down

And Sledd That a Black man was sleaing Durg at 343 West 79th Street at the check cushing station standing next to a dark colored red escaluda selling narcotics? Now at 400 W. Superior She said he was not sleaing Durg She doing what ever it Taka Too git a win This concerned citizen was were in court i was never picke out of a line up I did not have on all Black attire. Its 70 Hoes in this case i wont To Tiss a haw suitz on Haces Forme Do suthing This happing 7rd-22-07 in have 3 weness That wair never us in court. Their was an voide Tape at this place with was wane going! Their have it am suiting him Too. it is so much has happen with me co. here spent in my Faces co wanne King I done The paper work Tall Have not sant me nothing on it yet. I have so much more And have weiwess Too I need a Lawerer would give me one. This MS Zarkos ASA 70 it wne wont sent me my mail were She know wair am case 07C000332 I write her a Time Know Anwer Now she Told My PD She would Let me know Sumting She has not They Trying To Take My Tack She Route me here about a nuthe cues 11044852 16100 USC This Thin at the 400 N Superera waite Toy dont have Too have an Lawer But The police has one is not Right caue I need The police Reports Too help with my case The cop know I would not have She cut The Report in half Remal The Lady Flyhal Down well in civic Court it dont say This. This why I wont my dar in court ASA 70 More This will make Time she line now it was Duis in the car But now

on me She lizing She luct up And found Durg in The Tuck But Dont Say I throw Too the gourd I was Not out my car like She Slade Too I was At a Lady car giting a nubed who will TestFied Rout me Too. This is a Druk cop! I mail my paper work in But dont nothing Back I dont know if I got my point cross Too Yall So this why i writeing this letter my case nuber 08c 0846. Reginala Brewer vs Cemak Health Services, et. al. and to Judge Kennelly who will rule on your petition is the designated magistrate For your case MAGISTRATE JUDGE COX. So I try to do this Right a By the Book I hart gauis Too, I need sum More law fuum 2 more would you ples sent them Too me