TO CLERK

08C846

APR 18 2008  APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Trying Too do This The Best I can with NO Lawer I am trying Too git one case my Right were volad all of This Did happen Too And if I dont Stop now it will keep heppen To me! I Trying To Do This The Right way But it not working for me I Still have not Ben call To The law Library in Div 10 our have lady out Like She Dose wont Toy 2 fill paperwork she wont make copes or give you 1983 from wich I need Sum what going on with Slip Search case on cook County Jail The Lawer who Doing The Case will not Anwer You Letter or calls what up with Taij cade The lady won it was Just Like Jackson V Shaiff of County Jail swap of The paws I Need a litte more Time To git me? papar work if She has not call me Too yet or I will Sue her TOO I have NO Promblom Doing Just That.

**RETURNED**

APR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendment e. R Puckett Soilz worker at cook county Jail

I wrote him Nine Request form ask to call a Ms. Nancy Zarkos. about 501.00 U.S.C. Also 2002 cadillac He come in Too The Dorm Div 2-2 MHouse. He gose to 21ple stak too call name out I see my slip on the talbe with nothing down I gusb one of them back form him Right wen he To Be supdit cuse. he did nothing on it all my court dede was oct 15-07 Room L707 Dlay center I wrote one note do your Job men befor I Ritz you up man He did not call The lady on Oct-12-07 I wont Too court I loute a Motwon The Judge too order me too count he would not do that This The city take you cak win you git hould up ese CRW worke dont do their Jobs. I hold R. Ruckett Respsonpow 4 my Tuck isvulo at 22,580.00 wich I wont or my Tuck back. R Puckett Did not call And He has Lire about it He Flse Fild paper work That sent me down The CRW office saying he had puteu That he eso well I had my hold omor 4 winess 2 home phone wubers cell nuber wall staffer He neur could Tell me nuthuic about The Tuck or Mowey? I wont my Money back too!