

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RETURNED
APR -7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RegiNALd Brewer

RECEIVED
APR 18 2008  aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cermak Health Services

Cook County Jail

Cook County Jail

Michael Marcellano

R. puckett

MS. NaNCY ZuRKoS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08C-1196  (08C-846)
(To be supplied by the Clerk of this Court)

Matthew f. kennelly
case No 08C-1196
Brewer 20070062617 v King

Matthew f. kennelly
case No 08C-846
Brewer 20070062617 v Cermak Health

CHECK ONE ONLY:     **AMENDED COMPLAINT**

___✓___   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: ReginALd Brewer

    B. List all aliases: _____

    C. Prisoner identification number: 20070062617

    D. Place of present confinement: Cook County Jail

    E. Address: Po Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: DR Cermak Health Service

        Title: Doc

        Place of Employment: Cook County Jail

    B. Defendant: Colkins

        Title: Cook County Jail CO

        Place of Employment: Cook County Jail

    C. Defendant: Cook County Jail

        Title: DR Cermak Health Service

        Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Reginald Brewer v King DBC 1196

B. Approximate date of filing lawsuit: 3-21-8

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Me

D. List all defendants: King

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Norther District of ILL

F. Name of judge to whom case was assigned: Matthew F. Kennelly

G. Basic claim made: Co King Ship iod M'l Fact Also Stalle Too Bet fix up! He was Staid over me had too Be bupAzd

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: Do not know

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Cermak Health Services win I came in on 8-19-07 I was Bet up in my Back I was pull out of line Take To Cermak in Taking Hz wrote down what meds I Take This was sunt Too Cermak To see about my Back and git a walk caner I did Not Riceven no help vinte oct 19 I got Meds on This Deater oct 19-07 I was Din= Maically help Also Mes wich ARTIece 103. Rights of Accused. Ser 103-2. Treatment while in custody. person in custody shall be Treatd humanely And provided with proper Food, shelter and if required Medical treatment on Tue 8-19-07 I did Not Rxcuie my Maically Records will Tell it all wich I Told Them about They did not do Their Job or proctact my Rights By not giving me my meds or no help The night of 8-19-07 For my Back wich That Just now doing wich

xRay show chip Bonz in My Back. And I was not classfill Right. So this why it took so long 4 me to git help. Bottow linz That Mist up win I frist camz in cook county Jail 8-19-07 Defendant B co king stip in my Backs Twice Also Told you 5 Timz To git up And fight him call motherfucker punkass Bitch Trying git me Too hit him so He would Not Let him Lose his Job Now I Told By C.P.w That I would Have a Bord Hearing on it did Not happen He stood over me win I Siting down would Not Let me git up I was skaied of my Life couse a lot of co coming see what going on I have saw sum polple That have woop here Not me. I was not Talking To him he just got in Too it had Nothing To do with him He Took his watch off put on The kufger Roster Tell me To git up and fight him like a man Thin say That why The wite man got Yall ass lock up Now Thin He Talk about my mother officer misconduck.!

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I want my Truck Back and Too Be paid 4 when Israil put more Then 2 Big Money 4 Was welding in a camze Dimz maiden back melt 3 And 7B To Be pid 700 Cook count Jail Come up with on Bis Number This The Only way To fix This

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __2 9__, 20__8__

_____
Resiward Barumr
(Signature of plaintiff or plaintiffs)

Resiward Barumr
(Print name)

2007 00 62617
(I.D. Number)

Po Box 089002 Cook county
Jail 60608 Chicago ILL
(Address)

Brewer 20076267 v Joseph M. Micelliaio

Defendent D Michael Marcellano Attorney

Did not do his Job at Trail in court out at Bridgeview Jou he had no defens trail was void Tap which he did not try to git He own corss ex our polices offices How can you chuck Them up win you olony qusths own polcese The Jogics was going To Beleve The cop over me. The State say in was a concerned citizen waiver cops down saide That male black wearing all black attire was 343 west 79th street at The check cashing station I did not have on all Black I Lid sit To Race my witness. in wicn I had 3 witnes on my befsee That weiz Never call To court He was sops To Reste Me in my Forfeiture The cops see He was not Thair cop Jennifer Harris 14060 Chage her starment That now I would not have The polrice reports Now This Dont say nothing on bout a citizen, She say She was on patrol and it just came to her Look at The Roppy cese No 07c000332. I told Joe win his him if you dont do The Forfeiture case I dont need him I had Talk 2 Too other Lawer He sad to dont do forfeiture case Thin call own his Frends And well we will Try it if say I will Do your case 300 Dollars every Time we go To court wontwont to work I That he sad I should win Thais case in a monion wich what he sad will we lost out prminty Hearing I git a lot of excuse wich I dont have let git The Job Done Did not

Jessie Matthew Kennedy 08c-846
Brewer v Cermak Health Services

Defendant C. B.

Nov-23-07 Div 5-2-D cell up q the hot'D Back was test 4 TB wait Nov-27-07 Test Pos 4 TB then Dr. A DeFuniak call us over to Cermak put me on these meds ISONIAZID 300 MG Tablet Take 3 -Tablets (900 mg) By Mouth Twice a week Dose By Dose. Start/Stop 12/19/07/08-27/08/ Also Pyridoxine HCL 50 MG Tabl Take 1 Tablet By Mouth Twice a Week Dose By Dose. 12/20/07/08/27/08/ Thin Dr. A. DeFuniak. Talk to us about the Law Suit a Class. Action I saw at Lest 14 people who were that back that day in the Dr office they are at fult I will settlement this case if their alfer is Right 1,000,000, to me that will have to pay so they can do it Now! If they went with that I won't more money cuse Somday I don't get the meds and it's not my Frut! Let settlement Dr. DeFuniak has all the ifor Let put this Behind us if we can if not thin see ya'y in court! I made the Frist move it on the county 7omr here? I will test posais 4 the rest of my life what can I do ya'll should be witting me I Have have my Blood drwe here so that I knew I did not have this Bloodwork was in outs Spt! Cook County Jail And Thoms J Dar Let Do the Right Things! Ya'll had a out Barke on TB And Should not have got out hand like th violations of Rish secured by the Fourth and Fourteeth Amendments to a constitution of united as a result TB testing

Matthew F Kennelly
Case Number 08C-846
Reginald Brewer (2007-0062617) V Cermak Health Service

Matthew F. Kennelly
Case NO    08C-1196   Reginald Brewer 20070062617 V King.

IN The case Reginald Brewer 20070062617 V cermack Health Serv ces. I came 8-19-8 I did not git meds uits oct-19-07 This what i wont 4 ever GHR 4,500 w/o MeDications DAVID WilliAMS, plaintiff - Appellee I V. James Liefer, Brent Hoffman, And James Massey, Defendants - Appellants No. 06-3493 united states court of Appeals For The seventh circuit 441.3d 710; 2007 U.S App Lexis 15948 I wont 61 Days with out my meds I did not git my walkcan'e vint Nov-9-07 This had cause Damies Too my Need Back Too I Told Them what was going on They did Nothing at all until Mother Letters Will I came in I Told Them That The Cop hit me in my Back. They Too To See The DR But I Did not I was Sent To DoW & put on The 7day To sleep 4 2 weeks my Back as Swell up I Told The wors in Dil 8 no help what can You do I can't Make Them See Me Cook County Doo The Ball Now I will have a Limp The Rest of my Life They have me in Thorpe But I go

Defendant (D) Michael Marcellano

Title: Attorney
Place of Employment: Not know at This Time

Defedant (E) Cermak Health Services

Title: DR Let me sit TB in cook county Jail

Place of Employment: cook county Jail

Defednt (E) R Puckett
Title: Scoil worker a div 2 Dorm 2-2M House Sep-6-07
Place of Employment: cook county Jail

Defendent (F) Ms Nancy Zarkos
Title: Clark over Asset forfeiture
Place of employment: 50 W. Wash 70R

About This ouit own!

Dependent f MS Nancy Zarkos

She The Boss over Asset forfeiture matter, I tote her Tell that I am in Cook County Jail to send my mail here I got mail on my new case But not on this one 07C000332 I Do in court Oct-15-07 I went to cout Oct-12-07 at BRIDEview was told by Judge Nix I Linkade to call her and git MR Brewer a new court date. This what she tell Mark Teague public defender I spoke to ASA Nancy Zarkos. She said that She would do her own custody check and would set a new court date. I did This for you as a courtesy because Your next court date is on Monday Oct-15-07 I will not contact her for you in the future. You can learn about Your court dates or speak to MS. Zarkos I was have problem with them with this case I Rote her ove than 3 too 4 more know answer Back This not Right ARTICLE 1 Bill of Right 2 Due proess and equal protection Also 6/ searches, seizures. Ms. Zarkos was ask too let me know about my Truck also money the what her Job is every day She goes to work. send mail too my house where she no I not at, is away too state my Truck And I feel like she did this not thing I would do all the way 4 & 14 Amd Right She work for the State of Ill She very well labe all Right I want my Truck or money 4 it one or the other owe MS Narkos did not do her Job!