FILED
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RETURNED
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ReginAld Brewer

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cermak Health Services

Cook County Jail

cords county jail

Michael Marcellano

R. puckett

MS. NANCY ZURKOS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08C-1196, 08C 846
(To be supplied by the Clerk of this Court)

Matthew F Kennelly
Case No 08C-1196
Brewer 20070062617 v King
Matthew F Kennelly
Case No 08C 846
Brewer 20070062617 v Cermak Health Services

CHECK ONE ONLY:        AMENDED COMPLAINT

___✓___   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: ReginALd Brewer

  B. List all aliases: _____

  C. Prisoner identification number: 20070062617

  D. Place of present confinement: Cook County Jail

  E. Address: Po Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: DR Cermak Health Service

   Title: Doc

   Place of Employment: Cook County Jail

  B. Defendant: Colking

   Title: Cook County Jail CO

   Place of Employment: Cook County Jail

  C. Defendant: Cook County Jail

   Title: DR Cermak Health Service

   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: Reginald Brewer v King DBC 1196

B.  Approximate date of filing lawsuit: 3-21-8

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Me

D.  List all defendants: King

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Nothern District of ILL

F.  Name of judge to whom case was assigned: Matthew F. Kennelly

G.  Basic claim made: Co King Slip ion M'l Faer Also Stally Too Bet fix up the was Slewing over me had too Bx Spopard

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I.  Approximate date of disposition: Do not know

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Cermak Health Services win I cum in on 8-19-07 I was het up in my back I was pull out of line take to Cermak in Tulink He wrote down what meds I take This was sunt too Cermak to see about my back and git a walk caner I did not Riceven No help vintr Oct 19 I got meds on this Dreate Oct 19-07 I was dive meically help Also mes wich Article 103. Rights of Accused. Sex 103-2 Treatment while in custody, person in custody shall be Treatd humanely And provided with proper food, Shelter and if required Medical treatment on the 8-19-07 I did Not Recuve my maically Records will Tell it all with I Told Them about they did not do Their Job or prochact my Rights By not givining me me my meds or no help the night of 8-19-07 for my back wich that just now doing wich

xray show chip Bone in my Back And I was not classfill Right so this why it Took so long 4 me to git help. Bottom line That mist up win I frist came in cook county Jail 8-19-07

Fendant B co king stip in my Facks Twice Also Told y'all 5 Time To git up And Fight him all motherfucker punkass Bicth Tring git me Too hit him so He would Not Let him Lose his Job now I Told By CRW That I would Have a Bord Hearing on it did NOT happen He Stood over me win I siting down would NOT Let me git up I was skaird 4 my Life couse a lot of CO coming see what going on I have saw sum polple That have wrong here Not me I was not Talking To him He just got in Too it had Nothing To do with him He Took his wach off put on The Rufger Rater Tell me To git up and Fight him like a maw Thin say That why The wite man got Yall ass lock up Now Thin He Talk about my mother offices Miscondvcl !

Revised 9/2007

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1 I want my Tuck Bacell and Too be paid 4 what their put me Though. I Big Money 4 Not welding win I came Int medical will meds 3And 7B To be paid Too Cook count Jail Comt up with a Bi's Number and Ints Olnot way To fix this

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___3___ day of __2 9__, 20_08_

__Resinward Brumm__
(Signature of plaintiff or plaintiffs)

__Ressiward Brumm__
(Print name)

__2007 00 62617__
(I.D. Number)

__Po Box D89002  Cook county__
__Jail   60608  Chicago Ill__

(Address)

Revised 9/2007

Jesse Mason 08C-1539
Brewer 20070062617 v Joseph M. Micelli AID

Defendant D Michael Marcellano Attorney

Did not do his job at trail in court out at Bridgeview 106 He had no defens Thair was void Tape which he did not try to git He own Corss ex owr polices offices How can you chuch them up win you olony gudtho one poicese The Jges was going To Believe The cop over me. The STATE Sai iw was a concerned citizen waiwa e cops down Batle that Male black wearing all black attire was 343 west 79th Street at the check cashing station I did not have on any Black I Lid sit to Bace my witness. in wich I had 3 witnes on my Beflef that were Never Call to court He was sapp to Reste me in my Forfeiture The cops sze He was not Thair cop Jenniper Harris 14066 Chage her stament that Now I would not have the polfie Reports Now this Dowt say Nothing a bout a citizen she sai she was on polter And it jus came to her look at the ROIPS crese No 07c000332. I Told Joe win hid him if you dont do the Forfeiture ceder I dont need him I had made 2 Too other laweri He sad to dowt do forfeiture ceder Thin call owe his frends And well we will Try it it sad I win Do your case 300 Dollars ever Time we go To court wantwont to work I that he said I should win That case in a Motion wich what he sad will we lost cut Prminty Hearing I git a lot of excuse wich I dont Kiwe let git The Job done Did not

Jude Matthew F Kennelly 08C-846
Brewer v Cermak Health Services

Defendant C.B.

Nov-23-07 Div 5-2-D cell upa The hold back was testy TB jail Nov-27-07 Test post 4 TB The DR. A DeFuniak call is over to Cermak put me on these meds. Isoniazid 300 mg Tablet Take 3 Tablets (900 mg) by mouth twice a week dose by dose Start/Stop 12/19/07/08-27/08/ Also Pyridoxine HCL 50 mg Tabl take 1 Tablet by mouth twice a week dose by dose 12/20/07/08/27/08/ Then Dr. A DeFuniak Talk to us about the law suit a class action I saw at lest 14 people who were that back that day in the Dr office they are out Full I will settlement This case if That offer is Right 1,009,000, to me That will have to pay so that can do it Now! if that wait with this I want More money and Sunday I don't git the meds and it's not my Fult! Let Settlement Dr. DeFuniak has all the iFor Let put This Behind us if we can if Not Then see you in court! I Made The First move it on the county 7om? here? I will Test posive 4 the rest of my life what can I do Yall should be witness me I have have my Blood Drwe here So that I know I did not have This Blood work was in out spt! Cook County Jail And Thomas J Dar Let Do The Right Thing? Yall had a out Barker on TB And should not have got out hand like The violations of right secured by The fourth and Fourteeth Amendments to a constitution of united as a result TB testing

Matthew F Kennelly
case number 08C-846
Resinald Brewer (2007-0062617 v cerMak Health Service

Matthew F. Kennelly
case no    08C-1196  Resinald Brewer 2007006261T v king.

IN The case Resinald Brewer 20070062617 v cerMack Health serv
ces. I came 8-19-8 I did not git Meds uits oct-19-07
This what i wont 4 ever GHR 4,500 W/O Medications
DAVID WilliAMS, plaintiff-Appellee, v. James LiefeR, BreNt
Hoffman, And James Massey, Defendants - Appellants
No. 06-3493 United states court of Appeals For The Sevewith
circuit 491.3d 7101 2007 U.S App Lexis 15948 I wont
61 Days with out My meds I did not git my walkcane
vint Nov-9-07 This had cause Damies too my need Bad
too I told Them what was going on They did Nothing at all
unle mother Letter, will I came in I told Them That The
cop hit me in my Back They too to see the DR But I
did not I was sent to Div 8 put on the Toon to sleep
4 2 weeks my Back was swell up I told the nurs in Div
8 No help what can you do I can't make them see
me cook county Doof The Ball Now I will have a limp 4
the Rest of my Life They have me in Thorper But I so

Defendant (D) Michael Marcellawo
Title Attorney
Place of Employment Not know at This Time!

Defendant (E) cermak Health Services
Title DR let me sit TB in cook county Jail
Place of Employment. cook county Jail

Defedent (E) R puckett
Title Scoil worker a Div 2 Dorm 2-2 Mhouse Sep-6-07
Place of Emprolment, cook county Jail

Defendent (F) MS Nancy Zarkos
Title Clerk over Asset forfeiture
Place of employment. 50 W. Washton

I am sending in a Sue About This on it own.

Dependent P MS NANCY Zarkos

She The BOSS over Asset Forfeiture matter. I rote her Tell That I am in Cook County Jail To Send my mail here I got mail on my new case But not on This one 07C000332. I Do in court Oct-15-07 I want To out Oct-12-07 at Brideview was Told By Juge Nick J Linnade To call her and git MR Brewer a new Court Date This what she Tell Mark Teasue public Defender. I spoke to ASA Nancy Zarkos. She said That she would do her own custody check and would set a new court date. I did This for you as a courtesy because your next court date is on Monday Oct-15-07 I will not contact her for you in the future. You can learn about your court dates or speak To MS. Zarkos I was have problem with them with this case I Role her own Than 3 Too 4 more Know answer Back This not Right Article 1 Bill of Right 2 Due process and equal protection Also 6/ searchches, seizures. Ms. Zarkos was ask Too get me know about my Tuck also moner The what her Job is every day she goes To work Send mail Too me house What she not my Not at is away To State my Tuck And I feel like She did This not Thing I would do all The away 4 & 14 Amd Right She work in The State of Ill She very well labe an Right I wown my Tuck or money 4 it own on The other own MS Narkos Did Not do her Job!