# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Reginald Brewer | **COURT CASE NUMBER** 08C846  08cv846 |
| **DEFENDANT** Correctional Officer King | **TYPE OF PROCESS** Amended  S/C |

**SERVE** → **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
Correctional Officer King, Cook County Jail

**AT** **ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
C.C.J., C/O Legal Dept. 2700 S. California Ave., 2nd Flr., Div.5, Chicago, Il 60608

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Reginald Brewer, #2007-0062617
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 16 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 05-30-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  Td | Date 05-30-08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) NOT SERVED | | Date of Service 7/10/08  Time 12:00 pm  Signature of U.S. Marshal or Deputy |

| Service Fee 96.00 | Total Mileage Charges (including endeavors) 6.79 | Forwarding Fee 0 | Total Charges 102.79 | Advance Deposits 0 | Amount owed to U.S. Marshal or 102.79 | Amount of Refund 0 |
|---|---|---|---|---|---|---|

**REMARKS:** Need to be more specific, which "King"
1-DUSM  14-miles
2-Hours

| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

TO: __Reginald Brewer__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Correctional Officer King__ acknowledge receipt of your request that I waive
(DEFENDANT NAME)
service of summons in the action of __Reginald Brewer vs. Correctional Officer King__
(CAPTION OF ACTION)
which is case number __08C846__ in the United States District Court for the
(DOCKET NUMBER)
__Northern District of Illinois__
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __May 30, 2008__
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____       _____
DATE                                                    SIGNATURE

Printed/Typed Name: _____

As _____ of _____
    TITLE                                    CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 846 | **DATE** | May 23, 2008 |
| **CASE TITLE** | Reginald Brewer (2007-0062617) v. Correctional Officer King | | |

**DOCKET ENTRY TEXT:**

Plaintiff Reginald Brewer may proceed with his amended complaint [11] against Cook County Correctional Officer King. The clerk is directed to issue summons for service of the amended complaint on this defendant by the U.S. Marshal. The other listed defendants are dismissed. The clerk is further directed to send to Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion for appointment of counsel [8] is denied without prejudice.

■ [For further details see text below.]   Docketing to mail notices.

**STATEMENT**

Plaintiff, Reginald Brewer (2007-0062617), currently in custody at the Cook County Department of Corrections, has filed an amended complaint in accordance with this Court's March 19, 2008 order. Plaintiff states the following: on August 19, 2007, he entered Cook County Jail; Correctional Officer King stepped on Plaintiff's back twice; King then cussed at Plaintiff, attempting to provoke a fight; x-rays showed a chipped bone in Plaintif's back; and Plaintiff was not able to obtain adequate medical attention from Cermak Hospital. Plaintiff's amended complaint names Correctional Officer King, Cermak Health Services, and Cook County Jail as defendants. The Court notes that Plaintiff submitted the amended complaint under case numbers 08 C 846 and 08 C 1196. The Court previously dismissed case number 08 C 1196, given that the instant case raised the same claims. Plaintiff may proceed with the instant case; case number 08 C 1196 remains dismissed.

Under 28 U.S.C. § 1915A, the Court is required to conduct a preliminary review of the complaint. The amended complaint sufficiently states a colorable cause of action against Correctional Officer King, and he must respond to the allegations against him in the amended complaint. However, Cermak Health Services and Cook County Jail are not suable entities. *Castillo v. Cook County Mail Room Dept.*, 990 F.2d 304, 307 (7th Cir. 1993); *Manney v. Monroe*, 151 F. Supp.2d 976, 985 (N.D. Ill. 2001); *see also Perkins v. Lawson*, 312 F.3d 872, 875 (7th Cir. 2002) (a § 1983 plaintiff must name the individuals personally involved in the wrong being asserted). Cermak Health Services and Cook County Jail are thus dismissed as defendants. The other defendants that were named in the original complaint but not in the amended complaint are also dismissed.
(CONTINUED)

isk

**STATEMENT (continued)**

    The Clerk shall issue summons for Correctional Officer King. The clerk shall also send to Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

    The United States Marshals Service is appointed to serve Cook County Jail Correctional Officer King with the amended complaint. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve this defendant with process. The U.S. Marshal is directed to make all reasonable efforts to serve this defendant, and authorities at Cook County Jail shall provide any necessary assistance to locate the defendant. With respect to former jail employee who no longer can be found at the work address provided by Plaintiff, authorities at the Cook County Department of Corrections shall furnish the Marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service or for proof of service, should a dispute arise. Any documentation of the address shall be retained only by the Marshal; shall not be kept in the court file; and shall not be disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

    The court denies without prejudice Plaintiff's motion for the appointment of counsel. Though civil litigants do not have a constitutional or statutory right to counsel, a district court may, in its discretion, "request an attorney to represent any person unable to afford counsel." *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *citing* 28 U.S.C. § 1915(e)(1). However, Plaintiff's case, at this stage of the proceeding does not involve complex issues, complex discovery, or an evidentiary hearing. Accordingly, the motion for counsel is denied at this time. *Pruitt v. Mote*, 503 F.3d 647, 656-59 (7th Cir. 2007).

    Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the original plus a judge's copy of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on their behalf]. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Reginald Brewer

Vs.

CASE NUMBER: 08 C 846
JUDGE: Kennelly

Correctional Officer King

TO: Correctional Officer King

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon pro se plaintiff:

Reginald Brewer
#2007-0062617
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: _____
V. Jones, Deputy Clerk

Dated: May 27, 2008

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate appropriate method of service:

[ ] Served personally upon the defendant. Place where served: _____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                 Signature of Server

                                             _____
                                             Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FILED**
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RETURNED**
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED UNITED STATES MARSHAL
2008 MAY 30 PM 3:34
NORTHERN DIST. OF IL
ADMINISTRATIVE-SEC

Reginald Brewer

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cermak Health Services

Cook County Jail

Cook County Jail

Michael Marcellano

R. Puckett

MS. Nancy Zurkos

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08C-1196, 08C 846
(To be supplied by the Clerk of this Court)

Matthew F Kenneally
Case No 08C-1196
Brewer 20070062617 v King
Matthew F Kenneally
Case No 08C 846
Brewer 20070062613 v Cermak Health Services

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

A. Name: Reginald Brewer

B. List all aliases: _____

C. Prisoner identification number: 20070062617

D. Place of present confinement: Cook County Jail

E. Address: Po Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: DR Cermak Health Service

   Title: Doc.

   Place of Employment: Cook County Jail

B. Defendant: Calkins

   Title: Cook County Jail CO

   Place of Employment: Cook County Jail

C. Defendant: Cook County Jail

   Title: DR Cermak Health Service

   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: Reginald Brewer v. King  08C 1196

    B. Approximate date of filing lawsuit: 3-21-8

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Me

    D. List all defendants: King

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Ill

    F. Name of judge to whom case was assigned: Matthew F. Kennelly

    G. Basic claim made: Co King Slip in M/ Poop Also Stole Too Bet fix up He was staird over my bed Too Bx spank A&d

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

    I. Approximate date of disposition: Do not know

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Cermak Health Servies win I came in on 8-19-07 I was het up in my Backs I was pull out of line Taken to Cermak in Tulin Hz wrote down what Meds I Take Thin was sunt Too Cermak to see about my Back And git a walk cane I did Not Riciven No help vinte Oct 19 I got Moods on this Date Oct 19-07 I was Din+ maically help Also Mes wich ARTlece 103, Rights of Accused. Ser 103-2, Treatment while in custody, person in custody shall be Treatd humanely And provided with proper food, shelter and if required Medical treatment on the 8-19-07 I Did Not Recuie my maicalty Records will Tell it all wich I Told Them about they did not do Thein Job or proctact my Rights By not givinj me my meds or no help The night of 8-19-07 For my Back wich that Just now doing wich

xray show chip bone in my back and I was not classfill right so this why it took so long 4 me to git help. Bottom line that mist up win I frist came in Cook County Jail [8-19-07] Fendant B co King stip in my backs tiwce also told 4 or 5 time to git up and fight him call motherfucker punkass Bitch Tpling git me Too hit him so he would not had him lose his job now I told by CPW that I would have a Bord Hearing on it did not happen He stood over me win I siting down would not let me git up I was skaird 4 my life couse a lot of CO coming see what going on I have saw sunm poiple that have woop here not me I was not Talking to him he just got in too it had nothing to do with him He took his wach off put on the Rufger Ratef Tell me to git up and fight him like on many thin say that why the wite man got yall ass lock up now thin he talk about my mother offices misconduck!

5                                                           Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I want my Tuck Ball and Too be paid 4 what Jail put me Thorw. 2. Big Money 4 Not welding in to I come Big maid 1 weel meds 3 And 7B To be pid 700 Cook Count Jail some up with a Big Number This Ins Only way to fix this.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  3  day of  2 9 , 20 08

_____
(Signature of plaintiff or plaintiffs)

Rosiward Brumur
(Print name)

20070062617
(I.D. Number)

Po Box 089002 Cook County
Jail 60608 Chicago Ill
(Address)

Jesse Mason 08C-1539
Brewer 20070062617 v Josoph M. Micelliaio

Defendeant D Michael Marcellano Attorney

Did not Do his Job at Tail in cort cout at Bridgeview 106 He had no defens trail was void tap which he dit not try to git the own corss ex owe polices officeo How can you chuch them up win you olowj gustho owe policese The Judge was going to Beleve The cop over me. The state say in was a concerned citizen waiver & cops down statten That male black wearing all black attire was 343 west 79th street at the check cashing station I did not have on any Black I did sit to face my witness. in wich I had 3 witness on my Beffef that weer never call to court He was sopo to Reste Me in my forfeiture The cops see He was not their cop Jennifer Harris 14066 chage her stament Thast Now I would not have the posfic Reports Now this dowt say nothing on bout a citizens She say she was on poter and it just came to her look at the Roppy case No 07C000332. I told Joe win hid him if you dont do the forfeiture case I dont need him I had thack 2 too othei Lawer He sad to dont do Foffaiture case this call owe his fiends And will we will try it it say I win Do your case 300 Dollars ever time we go to court wontwont to work I that he sut I should win thais case in a mowion wich what he sad will we lost out Prmirty Hearing I git a lot of excuse wich I dont him let git the sob done did not

Jude Matthew F Kennelly 08CV-846
Brewer v Cermak Health Services

Defendant C.

Nov-23-07 Div 5-2-D cell up 4 the hold Back was test 4 TB jail Nov-27-07 test post 4 TB the DR. A Defuniak call is over to Cermak put me on these meds. Isoniazid 300 MG Tablet Take 3 Tablets (900 MG) By Mouth twice a week dose by dose start/stop 12/19/07/08-27/08/ Also pyridoxine HCL 50 MG Tabl Take 1 Tablet By Mouth Twice a week dose by dose 12/20/07/08/27/08/ Then Dr. A Defuniak Talk to us about the law suit a class action I saw at lest 14 people who were that back that day in the DR office they are out Full I will settlement this case if that offer is right 1,000,000 to me that will have to pay so they can do it now! if they wait will tell I want more money cause someday I don't git the meds and it's not my fult! let settlement Dr. Defuniak has all the info. Let put this behind us if we can if not then see you in court! I made the first move it on the county from here? I will test pos 4 the rust of my life what can I do yall should Be writing me I have have my Blood drawe here so they know I did not have this Blood was was in outr Sp! Cook County Jail And Thomas J Dar Let do the right thing. Yall had a out Break on TB and should not have got out hand like the violations of rights secured by the fourth and fourteenth Amendments to constitution of United as a result TB testing

Matthew F Kennelly
Case Number 08c-846
Resinald Brewer (2007-0062617) v Cermak Health Services

Matthew F. Kennelly
Cases No   08c-1196  Resinald Brewer 20070062617 v King.


IN The Case Resinald Brewer 20070062617 v Cermark Health Serv ices. I came 8-19-8 I did not git Meds uits Oct-19-07 This what i wont 4 ever GHR 4,500 w/o Medications DAVID WilliAMS, plaintiff - APPellee I v. James LieFer, Brent Hoffman, And James Massey, Defendants - Appellants No. 06-3493 United States Court of Appeals For The seventh circuit 441.3d 7101 2007 U.S App Lexis 15948 I wont 61 Days with out My Meds I did not git my walkcan't uint Nov-9-07 This had cause Damies too my need bad too I told Them what was going on They did Nothing at all unlee Mother Letter. wiit I came in I told Them That the cop hit me in my Back They too to see The OR But I did not I was Sent to Div 8 put on The 780) to sleep 4 2 weeks my back as swell up I told the nurs in Div 8 no help what can you do I can't make Them see Me cook county Doof The Ball Now I will have a Limp 4 The Rest of my Life They have me in Thorpe But I so

Defendant (D) Michael Marcellowo

Title Attorney
Place of Employment Not know at this time!

Defedant (E) carMalk Health services

Title DR well me sit TB in cook county Jail

Place of Employment. cook county Jail

Defednt (E) R puckett
Title scail worker a Div 2 Dmar 2-2 Mtlouse sep-6-07
Place of Employment. cook county Jail

Defendent (F) MS Nancy Zarlkos
Title Clark over Asset forfeiture
Place of employment. 50 w. wash7on

I am sending in a sue about this on it own.

ependent f MS NANCY ZARKOS

she the BOSS over Asset Forfeiture matter, I note her Tell that I am in Cook County Jail to send my mail here I got mail on my new case but not on this one 07C000332. I Do in court Oct-15-07 I wont to court Oct-12-07 at Brideview was told by Judge Nice I Linkade to call her and git MR Brewer a new court date this what she tell Marsll Teasue public defender I spoke to ASA Nancy Zarkos. She said that she would do her own custody check and would set a new court date. I did this for you as a courtesy because your next court date is on Monday Oct-15-07 I will not contact her for you in the future. You can learn about your court dates or speak to MS. Zarkos I was have problem with them with this case I note her own than 3 too 4 more know answer back. This not right ARTICLE 1 Bill of Right 2 Due process and equal protection Also 6/ searchenes, seizures. MS. Zarkos was ask too get me know about my Tuck also mower the what her Job is every day she goes to work send mail too me house (not my) wins she no s not at, is aways too state my Tuck and I feel like she did this not thing I would do all the aways 4 & 1&1 Amd. Right she work in the State of Ill she very well labe an Right I wont my Tuck or money 4 it one or the other one MS Narkos Did Not Do her Job!