# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0846 | **DATE** | July 18, 2008 |
| **CASE TITLE** | Reginald Brewer (#2007-0062617) vs. Cook County Jail, et al. | | |

**DOCKET ENTRY TEXT:**

The U.S. Marshal has filed an unexecuted return of service [#16] as to Defendant King. The return states, "Need to be more specific, which 'King.'" Plaintiff is directed to provide the Court with any additional information he may have that will enable the Marshal to identify and locate King (such as first name, badge number, physical description, division and shift King works, etc.). If Plaintiff is unable to provide any such information at this time, he should submit an amended complaint naming a supervisory official in a position to identify Officer King, such as Cook County Sheriff Thomas Dart. Plaintiff is directed either to provide additional service information for King or to submit an amended complaint within thirty days of the date of this order.

**Docketing to mail notices.**

mjm