# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0846 | **DATE** | August 26, 2008 |
| **CASE TITLE** | Reginald Brewer (#2007-0062617) vs. Cook County Jail, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of July 18, 2008, the Court directed Plaintiff either to: (1) provide additional service information for Defendant King; or (2) submit an amended complaining naming a supervisory official in a position to identify Officer King, such as Cook County Sheriff Thomas Dart. Although Plaintiff was directed to take action within thirty days of the date of that order, over thirty days have elapsed and Plaintiff has not responded to the Court's order. In fact, the Court's docket reflects no activity on the part of Plaintiff since he filed an amended complaint last April. For the foregoing reasons, Plaintiff is ordered to show good cause in writing why this case should not be dismissed for want of prosecution/for failure to comply with a Court order. Failure to show cause within twenty-one days of the date of this order will result in summary dismissal of this action, on the understanding that Plaintiff no longer wishes to pursue his claims.

**Docketing to mail notices.**

mjm